# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**THE AMACORE GROUP, INC.,**

    **Plaintiff,**

v.                                                                        **Case No. 8:09-cv-748-JSM-TGW**

**TY BRUGGEMANN, et al.,**

    **Defendants.**
_____/

**TY BRUGGEMANN, et al.,**

    **Plaintiffs,**

v.                                                                          **Case No. 8:09-cv-2562-T-30MAP**

**THE AMACORE GROUP, INC., et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Motion to Consolidate Cases (Dkt. #61) filed in **8:09-cv-748-JSM-TGW** and the Motion to Consolidate Cases (Dkt. #56) filed in **8:09-cv-2562-T-30MAP**, and Response in Opposition to same (Dkt. #58) filed in **8:09-cv-2562-T-30MAP**. On March 4, 2010, the Court held a hearing on these motions and conducted a status conference. Accordingly, it is

ORDERED and ADJUDGED that for the reasons stated on the record:

1. The motion to consolidate cases (Dkt. #61) filed in **8:09-cv-748-JSM-TGW** and the motion to consolidate cases (Dkt. #56) filed in **8:09-cv-2562-T-30MAP** are hereby GRANTED.

2. The Clerk is directed to administratively close case number **8:09-cv-748-JSM-TGW** and terminate all pending motions in that case.

3. All future filings shall be filed in case number **8:09-cv-2562-T-30MAP**.

4. If The Amacore Group, Inc. decides to file a counterclaim, it shall file a counterclaim to the complaint in **8:09-cv-2562-T-30MAP** no later than twenty (20) days from the date of this Order.

5. The Court also ruled that it will allow twenty (20) depositions per side.

**DONE** and **ORDERED** in Tampa, Florida on March 4, 2010.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2009\09-cv-748and2562.mtsconsolidate.frm