**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TY BRUGGEMANN, et al.,**

    Plaintiffs,

v.                                         Case No.  8:09-cv-2562-T-30MAP

**THE AMACORE GROUP, INC., et al.,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. The Court has reviewed the recent motions for summary judgment filed by Defendant The Amacore Group, Inc. ("Amacore") and Defendant Jay Shafer ("Shafer") (Dkt. Nos. 157 and 158). These motions seek summary judgment as to claims asserted solely by Plaintiff Kim Fleischer and only as to Counts I and II of the complaint. Notably, all six of the Plaintiffs in this case seek liability against Defendant Amacore and Shafer in Counts I and II.

The Court will not allow the parties to file piecemeal summary judgment motions. Specifically, each party shall have only <u>one</u> opportunity to file a motion for summary judgment as to the counts contained in the complaint by the dispositive motion deadline. And if the parties' arguments are identical, they should be included in the same motion.

It is therefore ORDERED AND ADJUDGED that the motions for summary judgment at Dkt. Nos. 157 and 158 are hereby DENIED without prejudice as premature.

**DONE** and **ORDERED** in Tampa, Florida on January 10, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2009\09-cv-2562.orderpiecemealmsjs.frm