UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TY BRUGGEMANN, et al.,

    Plaintiffs,

v.                                              Case No: 8:09-CV-2562-T-30MAP

AMACORE GROUP, INC., et al.,

    Defendant(s).
_____/

# ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. #218) and the Objection (Dkt. #222) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objection, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Report and Recommendation (Dkt. #218) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiffs' Motion to Strike Defendants' Answer and Counterclaim and Alternatively to Strike Defendants' Supplemental Discovery Responses and Portions of Defendants' Initial Discovery Responses (Dkt. #161) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on May 19, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2009\09-cv-2562.adopt 218.wpd